IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| RICHARD TABURA, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>KELLOGG USA,<br><br>  Defendant. | ORDER OF RECUSAL<br><br><br>Case No. 1:14 CV 14 |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this  17th  day of January, 2018.

BY THE COURT:

_____
TENA CAMPBELL
United States District Judge


**Case has been reassigned to Senior District Judge Dale A, Kimball