# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RICHARD TABURA and GUADALUPE DIAZ,<br><br>    Plaintiffs,<br><br>v.<br><br>KELLOGG USA, INC.,<br><br>    Defendant, | **ORDER OF DISMISSAL**<br><br>Case No. 1:14-cv-00014-DAK<br><br>Judge Dale A. Kimball |

The parties having stipulated to dismiss, with prejudice, all claims made against Defendant Kellogg USA Inc.,

IT IS ORDERED by the Court that plaintiffs' claims are dismissed with prejudice, with each party to bear its own costs and fees.

SO ORDERED this 1st day of August 2018.

BY THE COURT:

_____
Judge Dale A. Kimball
United States District Court Judge